**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7804**

_____

UNITED STATES OF AMERICA,

                                         Plaintiff - Appellee,

    versus

JEFFREY MAURICE YOUNG-BEY,

                                      Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-95-148, CA-97-2027-A)

_____

Submitted: February 11, 1999     Decided: February 25, 1999

_____

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jeffrey Maurice Young-Bey, Appellant Pro Se. Justin Michael Dempsey, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Maurice Young-Bey seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), and his motions for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Young-Bey, Nos. CR-95-148; CA-97-2027-A (E.D. Va. Nov. 12, Nov. 25 & Dec. 1, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although two of the district court's orders are marked as "filed" on November 24 and November 30, 1998, the district court's records show that they were entered on the docket sheet on November 25 and December 1, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the orders were entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2